**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02780-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

VIRGIL CROFFER,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

    Applicant Virgil Croffer initiated this action by filing *pro se* a Letter.   Applicant is a pretrial detainee at the Adams County Detention Facility in Brighton, Colorado.   He is challenging the pretrial proceedings in Case No. 2015CS014267.   He seeks a dismissal of this case.   A challenge to a pending trial normally is filed pursuant to 28 U.S.C. § 2241.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.   Applicant will be directed to cure the following if he wishes to pursue his claims.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted

1

(2) \_\_\_   is missing affidavit
(3) \_\_\_   is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) _X_   is missing a certified account statement showing the current balance in Applicant's prison account is not certified
(5) \_\_\_   is missing required financial information
(6) \_\_\_   is missing an original signature by the prisoner
(7) \_\_\_   is not on proper form (must use the Court's current form)
(8) \_\_\_   names in caption do not match names in caption of complaint, petition or habeas application
(9) \_\_\_   An original and a copy have not been received by the court. Only an original has been received.
(10) _X_   other: In the alternative Applicant may pay the $5 filing fee.

**Complaint, Petition or Application**:
(11) \_\_\_   is not submitted
(12) _X_   is not on proper form (must use the Court's current form)
(13) \_\_\_   is missing an original signature by the prisoner
(14) \_\_\_   is missing page nos. \_\_\_\_
(15) \_\_\_   uses et al. instead of listing all parties in caption
(16) \_\_\_   An original and a copy have not been received by the court.   Only an original has been received.
(17) \_\_\_   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) \_\_\_   names in caption do not match names in text
(19) \_\_\_   other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Applicant shall obtain the Court-approved form used in filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at  www.cod.uscourts.gov.   It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 23, 2015, at Denver, Colorado.

                BY THE COURT:

                s/Gordon P. Gallagher
                United States Magistrate Judge